■ RAICHLE BANNING WEISS, PLLC, Appellant, v SUPERIOR JAMESTOWN CORPORATION, INC., et al., Respondents. (Appeal No. 1.) [813 NYS2d 690]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered March 1, 2005. The order granted defendants' motion to dismiss the complaint.

■ RAICHLE BANNING WEISS, PLLC, Appellant, v SUPERIOR JAMESTOWN CORPORATION, INC., et al., Respondents. (Appeal No. 2.) [813 NYS2d 329]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered May 31, 2005. The order denied plaintiff's motion for leave to reargue and awarded attorney's fees, costs and disbursements to defendants.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unani-

mously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed with costs. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.